United States Bankruptcy Court
District of Colorado

In re:  Case No. 22-12261-JGR
Eugenio E. Pizarro  Chapter 13
Laura L. Pizarro
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 2
Date Rcvd: Sep 09, 2022    Form ID: pdf904    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

**Recip ID**    **Recipient Name and Address**
db/db    + Eugenio E. Pizarro, Laura L. Pizarro, 318 Blue Mountain Drive, Florissant, CO 80816-9403

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

**Name**    **Email Address**

Ciro A. Mestres
     on behalf of Creditor Freedom Mortgage Corporation mccallaecf@ecf.courtdrive.com mccallaecf@ecf.courtdrive.com

Douglas B. Kiel
     ecfmail@denver13.com

Stephen H. Swift
     on behalf of Debtor Laura L. Pizarro stephen.swift@swiftlaw.net alicia@swiftlaw.net

Stephen H. Swift
     on behalf of Debtor Eugenio E. Pizarro stephen.swift@swiftlaw.net alicia@swiftlaw.net

US Trustee
     USTPRegion19.DV.ECF@usdoj.gov

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Sep 09, 2022 Form ID: pdf904 Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **EUGENIO E. PIZARRO** ) | 22-12261-JGR |
| **LAURA L. PIZARRO** ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| Last four digits of SS#: 8459 & 8807 ) | |

**ORDER REGARDING CONFIRMATION STATUS REPORT**
**(PLEASE NOTE CHANGE IN TELECONFERENCING INFORMATION)**

THIS MATTER comes before the Court on review of the within case file and the Confirmation Status Report filed by Debtor(s) on September 8, 2022 (Docket #27). The Court,

DOES FIND that the Report indicates that Debtor(s) intend to file an amended plan to resolve pending objection(s) to confirmation and/or to cure deficiencies in the prior plan.

THEREFORE, THE COURT HEREBY ORDERS as follows:

1. Confirmation of any previously-filed Chapter 13 Plan is DENIED and any objection(s) thereto is/are deemed MOOT by the amended plan to be filed pursuant to Debtor(s)' Report. Any party desiring to object to an amended Chapter plan must file a new objection. The Debtor(s) shall file the amended plan along with any other documents identified in the Report, if any, on or before **October 6, 2022**. Any amended plan filed by Debtor(s) shall be in substantial conformity with L.B. Form 3015-1.1.

2. The telephonic hearing on confirmation currently scheduled for **Thursday, September 15, 2022** at 10:00 a.m. is VACATED and RESCHEDULED for a telephonic non-evidentiary hearing regarding Debtor(s)' amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **November 10, 2022**, **in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input a Meeting ID. The Meeting ID is: **161 324 5580**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's case management team at 720-904-7462 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. The Debtor(s) shall file and serve an amended Chapter 13 plan along with a notice in substantial conformity with L.B. Form 3015-1.2 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above

regarding telephone appearance at the continued hearing, and shall serve such notice, along with a copy of the amended Chapter 13 Plan, on or before **October 6, 2022**, on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice in the case
- ☒ All creditors and parties adversely affected by the amendment
- ☒ Appropriate taxing authorities

4. The deadline for filing objections to confirmation is **October 27, 2022**.

5. On or before **November 3, 2022**, the Debtor(s) shall timely file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

**IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT.**

6. In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: September 9, 2022

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge

2